PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Delaware



## Petition for Summons for Offender Under Supervision

Name of Offender: Thomas Wisher

Case Number: 0311 1:17CR00045-001

Name of Sentencing Judicial Officer: The Honorable Leonard P. Stark, U.S. District Judge

Date of Original Sentence: 06/26/2019

Original Offense:
Possession with intent to distribute phencyclidine (PCP)
Possession of a firearm by a convicted felon

Original Sentence: Prison 37M, TSR 36M

Type of Supervision: TSR        Date Supervision Commenced: 10/09/2020

Assistant U.S. Attorney: Carly Hudson, Esquire
Defense Attorney: Akin Adepoju, Esquire

---

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On the dates listed below, Mr. Wisher submitted to substance abuse testing that yielded a positive result for marijuana.<br><br>**Date**      **Substance (Method of testing)**<br>October 26, 2020    Marijuana (Urinalysis and Admission)<br>December 17, 2020    Marijuana (Urinalysis)<br>February 12, 2021    Marijuana (Urinalysis)<br>March 10, 2021    Marijuana (Urinalysis)<br>April 6, 2021    Marijuana (Urinalysis)<br>April 22, 2021    Marijuana (Urinalysis) |

PROB 12C
(12/04)

| Violation Number | Nature of Noncompliance |
|---|---|
| One (continued) | May 13, 2021  Marijuana (Urinalysis)<br>July 20, 2021  Marijuana (Urinalysis)<br>August 19, 2021  Marijuana (Urinalysis and Admission) |
| Two | Modified Condition: The defendant shall be placed at the Residential Re-entry Center (RRC) for a period of 90 days. While in the RRC, the defendant shall be permitted to work at a lawful occupation and attend substance abuse treatment, as approved by the United States Probation Office. The requirement to pay subsistence fees shall be waived.<br><br>On October 27, 2021, Mr. Wisher was terminated from his placement at the RRC, for refusing to follow program policies. Mr. Wisher received incident reports for refusal to complete required chores and participate in the RRC location monitoring program for accountability in the community. In addition, during his placement, Mr. Wisher continued to test positive for marijuana use. |
| Three | Standard Condition #7: You must work full-time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work, you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change<br><br>Mr. Wisher had been referred to Humanities Kitchen and Peace by Piece, Incorporated to assist in obtaining employment. Since his placement at the RRC on September 21, 2021, Mr. Wisher failed to obtain employment. Furthermore, he refused to comply with the policies and procedures of the RRC in order to be permitted to leave their facility for employment purposes. Mr. Wisher remains unemployed. |

U.S. Probation Officer Recommendation:

■ The term of supervision should be

   ■ revoked.

   ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/03/2021

Reviewed and approved:

Stephen J. Carmichael
Digitally signed by Stephen J. Carmichael
Date: 2021.11.03 14:54:19 -04'00'

Stephen J. Carmichael, Supervisory
U.S. Probation Officer

Victoria Hislop
Digitally signed by Victoria Hislop
Date: 2021.11.03 17:08:17 -04'00'

Victoria Hislop, Senior U.S. Probation Officer

PROB 12C
(12/04)

THE COURT ORDERS:

- [ ] No action.
- [ ] The issuance of a warrant.
- [x] The issuance of a summons.
- [ ] Other

_____
Signature of Judicial Officer

November 4, 2021
_____
Date